This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO**,

Plaintiff-Appellee,

v.                                             NO.   32,138

**BERNEST BENJAMIN**,

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Diane Dal Santo, District Judge**

Gary K. King, Attorney General
Albuquerque, NM

for Appellee

Bennett J. Baur, Acting Chief Public Defender
Karl Erich Martell, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**KENNEDY, Chief Judge.**

Bernest Benjamin (Defendant) appeals the district court's order denying his pro se "Motion to Receive Full Probationary Credit." We issued a calendar notice proposing to affirm, and Defendant has filed a memorandum in support of that proposed affirmance. Defendant indicates that Issue 1 is moot, and Issue 2 is not yet ripe. Therefore, for the reasons stated in our calendar notice, we affirm the district court's order.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Chief Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**TIMOTHY L. GARCIA, Judge**